**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL

| | |
|---|---|
| United States of America, | ) **COURT MINUTES - CRIMINAL** |
| | ) BEFORE: DULCE J. FOSTER |
| Plaintiff, | ) U.S. MAGISTRATE JUDGE |
| v. | ) |
| | ) Case No:           26-mj-445 DJF |
| Nathanial James Hasher, | ) Date:              May 15, 2026 |
| | ) Courthouse:         Minneapolis |
| | ) Courtroom:          8E |
| Defendant. | ) Time Commenced:     1:52 p.m. |
| | ) Time Concluded:     2:01 p.m. |
| | ) Time in Court:      9 minutes |

APPEARANCES:

   Plaintiff: Grayson Feist, Assistant U.S. Attorney
   Defendant: Manny Atwal, Assistant Federal Defender
            X FPD        X To be appointed

         X Advised of Rights

on    X Complaint
X Date charges or violation filed: May 13, 2026
X Current Offense: Threat by Interstate Communications
X **Charges from other District:** Western District of Washington
X Title and Code of underlying offense from other District: 18:875(c)
X Case no: MJ26-5101

X Government moves for a detention hearing.        X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Thursday, May 21, 2026 at 9:30 a.m. before U.S. Magistrate Judge Dulce J. Foster in Courtroom 8E (MPLS) for:
X Detention hrg   X Preliminary hrg   X Removal hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                                                    _____ *s/nah*
                                                    Signature of Courtroom Deputy