**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

        Plaintiff,

v.

Nathanial James Hasher,

        Defendant.

Criminal No. 26-mj-445 DJF

**ORDER OF REMOVAL**

        The above captioned case was before the undersigned United States Magistrate Judge for a preliminary, detention, and removal hearing on May 21, 2026. Defendant waived the identity and removal hearing.

        Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the Western District of Washington, and he is ordered removed to that district for further proceedings.

Dated: May 21, 2026

*s/Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge