CLOSED,RULE5

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CRIMINAL DOCKET FOR CASE #: <u>0:26−mj−00445−DJF−1</u>

Case title: USA v. Hasher

Date Filed: 05/15/2026

Date Terminated: 05/21/2026

Assigned to: Magistrate Judge
Dulce J. Foster

### Defendant (1)

**Nathanial James Hasher**
*TERMINATED: 05/21/2026*

represented by **Aaron J Morrison**
Office of the Federal Defender
300 South Fourth Street
Ste 107
Minneapolis, MN 55415
612−664−5858
Email: aaron_morrison@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**Katherian D Roe**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
612−664−5858
Fax: 612−664−5850
Email: katherian_roe@fd.org
*TERMINATED: 05/18/2026*
*Designation: Public Defender or Community
Defender Appointment*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

None

1

**Highest Offense Level**
**(Terminated)**

None

| Complaints | Disposition |
|---|---|
| 18:875(c) | |

**Plaintiff**

| USA | represented by | **Grayson Feist** |
|---|---|---|

DOJ–USAO
300 S. 4th Street
Minneapolis, MN 55415
202–230–6622
Email: grayson.feist@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2026 | | Arrest (Rule 5) of Nathanial James Hasher (NAH) (Entered: 05/15/2026) |
| 05/15/2026 | 1 | Minute Entry for proceedings held before Magistrate Judge Dulce J. Foster: Initial Appearance in Rule 5(c) (3) Proceedings as to Nathanial James Hasher held on 5/15/2026. Charges from the Western District of Washington. Counsel appointed. Deft Ordered Temporarily Detained. Detention Hearing/Preliminary Examination/Removal Hearing set for 5/21/2026 at 09:30 AM in Courtroom 8E (MPLS) before Magistrate Judge Dulce J. Foster. (Digital Recording) (NAH) (Entered: 05/15/2026) |
| 05/15/2026 | 2 | Brady Obligation Order as to Nathanial James Hasher. Signed by Magistrate Judge Dulce J. Foster on 5/15/2026.(NAH) (Entered: 05/15/2026) |
| 05/15/2026 | 3 | ORDER OF PRELIMINARY DETENTION as to Nathanial James Hasher. Detention Hearing/Preliminary Examination/Removal Hearing set for 5/21/2026 at 09:30 AM in Courtroom 8E (MPLS) before Magistrate Judge Dulce J. Foster. Signed by Magistrate Judge Dulce J. Foster on 5/15/2026. (NAH) (Entered: 05/15/2026) |
| 05/18/2026 | 4 | NOTICE OF ATTORNEY APPEARANCE for Nathanial James Hasher. (Morrison, Aaron) (Entered: 05/18/2026) |
| 05/21/2026 | 5 | Minute Entry for proceedings held before Magistrate Judge Dulce J. Foster: Removal/Detention Hearing and Preliminary Examination as to Nathanial James Hasher held on 5/21/2026. Defendant reserves the detention hearing and preliminary hearing for the Western District of Washington. Defendant is remanded to the custody of the U.S. Marshal pending proceedings in the charging district. Defendant waived right to removal hearing. Order to be Issued. Commitment to Another District to be Issued. (Digital Recording) (COO) (Entered: 05/21/2026) |
| 05/21/2026 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Nathanial James Hasher. Defendant committed to District of Western District of Washington. Signed by Magistrate Judge |

| | | |
|---|---|---|
| | | Dulce J. Foster on 5/21/2026. (COO) (Entered: 05/21/2026) |
| 05/21/2026 | 7 | ORDER OF REMOVAL to District of Western District of Washington as to Nathanial James Hasher. Signed by Magistrate Judge Dulce J. Foster on 5/21/2026. (COO) (Entered: 05/21/2026) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL

| | |
|---|---|
| United States of America, | ) **COURT MINUTES - CRIMINAL** |
| | ) BEFORE: DULCE J. FOSTER |
| Plaintiff, | ) U.S. MAGISTRATE JUDGE |
| | ) |
| v. | ) Case No: 26-mj-445 DJF |
| | ) Date: May 15, 2026 |
| Nathanial James Hasher, | ) Courthouse: Minneapolis |
| | ) Courtroom: 8E |
| Defendant. | ) Time Commenced: 1:52 p.m. |
| | ) Time Concluded: 2:01 p.m. |
| | ) Time in Court: 9 minutes |

APPEARANCES:

Plaintiff: Grayson Feist, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Defender
     X FPD          X To be appointed

     X Advised of Rights

on     X Complaint
X Date charges or violation filed: May 13, 2026
X Current Offense: Threat by Interstate Communications
X **Charges from other District:** Western District of Washington
X Title and Code of underlying offense from other District: 18:875(c)
X Case no: MJ26-5101

X Government moves for a detention hearing.          X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Thursday, May 21, 2026 at 9:30 a.m. before U.S. Magistrate Judge Dulce J. Foster in Courtroom 8E (MPLS) for:
X Detention hrg     X Preliminary hrg     X Removal hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

_____ *s/nah*
Signature of Courtroom Deputy

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                     Case No: 26-mj-445 DJF

                    Plaintiff,

v.

                                              **Brady Obligation Order**

Nathanial James Hasher,

                    Defendant.

_____

Pursuant to the Due Process Protections Act  the  Court confirms the United States'

obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors

the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland,* 373

U.S. 83 (1963) and its progeny, and orders the United States to do so.  Failure to disclose

exculpatory evidence in a timely manner may result in consequences, including, but not limited

to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings,

disciplinary action, or other sanctions by the court.

        **IT IS SO ORDERED.**

        Dated: May 15, 2026                    *s/Dulce J. Foster*
                                               Dulce J. Foster
                                               U.S. Magistrate Judge

5

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                    Case No: 26-mj-445 DJF


                    Plaintiff,

v.

                                             ORDER OF PRELIMINARY
                                             DETENTION PENDING HEARING
                                             PURSUANT TO BAIL REFORM ACT

Nathanial James Hasher,


                    Defendant.

_____

        Upon motion of the United States it is ORDERED that a

detention/preliminary/removal hearing is set for May 21, 2026 at 9:30 a.m. before Magistrate

Judge Dulce J. Foster, 8E, Diana E. Murphy Courthouse, 300 South 4th Street, Minneapolis,

Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States

Marshal and produced for the hearing.


Dated: May 15, 2026                          _s/Dulce J. Foster_____
                                             Dulce J. Foster
                                             U.S. Magistrate Judge


If not held immediately upon defendant's first appearance, the hearing may be continued for up
to three days upon motion of the Government, or up to five days upon motion of the defendant.
18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present.
Subsection (1) sets forth the grounds that may be asserted only by the attorney for the
Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for
the Government or upon the judicial officer's own motion if there is a serious risk that the
defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or
intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

6

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 26mj445 (DJF) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| NATHANIAL JAMES HASHER, | ) | |
| | ) | |
| Defendant. | | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Aaron Morrison shall appear as appointed counsel of record for the above named defendant in this case.

Dated:  May 18, 2026

*s/Aaron Morrison*
AARON MORRISON
Attorney ID No.  0341241
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: DULCE J. FOSTER |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 26-mj-445 DJF |
| | ) | Date: May 21, 2026 |
| Nathanial James Hasher, | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 8E |
| Defendant. | ) | Time Commenced: 9:32 A.M. |
| | ) | Time Concluded: 9:37 A.M. |
| | ) | Time in Court: 5 Minutes |
| | ) | |

X **PRELIMINARY HEARING**      X **DETENTION HEARING**      X **REMOVAL HEARING**

Time in Court Prelim/Detention/Removal: 1 Minute/1 Minute/ 3 Minutes

APPEARANCES:

Plaintiff:   Grayson Feist, Assistant U.S. Attorney
Defendant:   Aaron Morrison
                  X FPD


On      X Complaint

X Defendant reserves the detention hearing and preliminary hearing for the Western District of Washington
X Defendant is remanded to the custody of the U.S. Marshal pending proceedings in the charging district.
X Defendant waived right to removal hearing. Order to be Issued
X Commitment to Another District to be Issued.



Additional Information:



_____   *s/gep*
Signature of Courtroom Deputy

8

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | | |
|---|---|---|
| United States of America,<br>*Plaintiff,* | ) | |
| | ) | Case No. 26-mj-445 DJF |
| v. | ) | |
| | ) | Charging District's Case No. MJ26-5101 |
| Nathanial James Hasher,<br>*Defendant.* | ) | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Western District of Washington.

The defendant: _ will retain an attorney.

X is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: May 21, 2026

*s/Dulce J. Foster*
*Judge's signature*

DULCE J. FOSTER, United States Magistrate Judge
*Printed name and title*

9

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

          Plaintiff,

v.

Nathanial James Hasher,

          Defendant.

Criminal No. 26-mj-445 DJF

**ORDER OF REMOVAL**

The above captioned case was before the undersigned United States Magistrate Judge for a preliminary, detention, and removal hearing on May 21, 2026. Defendant waived the identity and removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the Western District of Washington, and he is ordered removed to that district for further proceedings.

Dated: May 21, 2026

*s/Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge